# EXHIBIT 3

U.S. Patent No. RE 48,794 Claim Chart

| | Claim Language | Accused Product |
|---|---|---|
| 1 | A charger plug capable of connecting with a two or three receptacle power source to convert 120V input power received from the power source to DC output power, | Charger plug with two prongs capable of being plugged into three receptacle power outlet.<br><br>Two prongs |
| | the charger plug being electrically connectable to a rechargeable electronic device via a power cord for providing the DC output power thereto, | Charger plug connected to a USB power cord that provides output power using DC current |

1

| Claim Language | Accused Product |
|---|---|
| the charger plug including a housing, |  Charger plug's housing of the internal circuitry (not pictured) |
| the charger plug comprising: first and second separate blade members secured within the housing so as to have prong portions of the blade members positioned in order to extend in a first direction from a front wall of the housing | First direction — First and second blade members secured within the housing — Front wall of the housing. |



| | Claim Language | Accused Product |
|---|---|---|
| | the prong portions adapted to be received in the receptacle openings of the power source; | **Prongs** can be plugged into power source |
| | the charger plug including a DC connector having an aperture adapted to removably receive a corresponding power cord plug end for transmitting DC power to the rechargeable electronic device; | DC connector aperture is for removable USB cable power cord transmit power using DC current |

3

| Claim Language | Accused Product |
|---|---|
| the charger plug housing forming |  |
| a) a charger plug face area defined by the front wall | |

4

| | Claim Language | Accused Product |
|---|---|---|
| | b) an outer profile defined by a perimeter of the front wall and defined by a plug body extending rearward from the front wall and |  |
| | c) a rear end opposite the front wall; | |

| | Claim Language | Accused Product |
|---|---|---|
| | the charger plug configured to be capable of plugging into a standard wall outlet and further: |  |
| | i) being sized so that the charger plug housing comprises a longitudinal length extending between the front wall and the rear end and the longitudinal length is less than 2.0 inches, | |

6

| | Claim Language | Accused Product |
|---|---|---|
| | a width of the housing outer profile being less than 1.75 inches, and | 1.705 inches [lateral] width of the housing is less than 1.75 inches |
| | ii) the outer profile having no interference with an adjacent receptacle of the power source located on all sides of the first receptacle when a like charger plug is mounted in all available orientations in any of the other receptacles, | *Similar chargers shown for reference<br><br>Outer profile of charger plug having no interference with other similar charger plugs. |

7

| | Claim Language | Accused Product |
|---|---|---|
| | so that when space is limited by an obstacle adjacent or in front of the power source the charger plug is capable of being conveniently mounted to one of the receptacles, | *Similar chargers shown for reference<br><br>The charger plug is mounted to a four wall outlet shown in opposite orientation, having no interference with bottom receptacle.<br> |
| | the power cord plug end may be conveniently received by the DC connector, | <br><br>USB power cord inserted inside one of the DC connectors of the charger plug. |

| Claim Language | Accused Product |
|---|---|
| and the power cord plug end can be conveniently removed from the DC connector while leaving the charger plug connected to the receptacle. | USB power cord removed while charger plug is still connected to four wall outlet. |