UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-80744-DMM

VOLTSTAR TECHNOLOGIES, INC.,

    Plaintiff,

v.

THE KROGER CO. OF OHIO,

    Defendant.

## NOTICE OF RELATED CASES

Plaintiff VOLTSTAR TECHNOLOGIES, INC., pursuant to S.D. Fla. Local Rule 3.8, hereby certifies that the instant action:

☒ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
Voltstar Technologies, Inc. v. Staples, Inc.,
Case No.: 0:22-cv-60683-AMC,
Voltstar Technologies, Inc. v. Big Lots Stores, Inc.,
Case No.: 9:22-cv-80530-AMC,
Voltstar Technologies, Inc. v. Lowe's Home Centers, LLC,
Case No.: 9:22-cv-80574-AMC,
Voltstar Technologies, Inc. v. Aldi Inc.,
Case No.: 9:22-cv-80588-AMC,
Voltstar Technologies, Inc. v. Publix Super Markets, Inc.,
Case No.: 9:22-cv-80617-AMC,
Voltstar Technologies, Inc. v. CVS Health Solutions LLC,
Case No.: 9:22-cv-80655-DMM,
Voltstar Technologies, Inc. v. Home Depot U.S.A., Inc.,
Case No.: 9:22-cv-80711-AMC,
Voltstar Technologies, Inc. v. Brands Mart U.S.A., Inc.,
Case No.: 0:22-cv-60926-WPD

☐ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

I further certify that I will serve a copy of this Notice of Related Cases upon each party no later than fourteen days after appearance of the party.

Dated:  May 18, 2022                                    Respectfully submitted,

/s/ Layla T. Nguyen
LAYLA T. NGUYEN
Florida Bar Number:  1024723
layla.nguyen@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number:  125322
craig.wirth@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number:  1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Voltstar Technologies, Inc.*